No. 10–491. L–3 COMMUNICATIONS CORP. ET AL. v. HONEYWELL INTERNATIONAL INC. ET AL. C. A. Fed. Cir. Certiorari

denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.